# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           ) | |
| )                                    | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,         ) | |
| )                                    | |
| vs.                                 ) | |
| )                                    | Case No. 1:25-cr-066 |
| Vicki Lee Sherven,              ) | |
| )                                    | |
| Defendant.        ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on February 18, 2026, at 10:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 22nd of September, 2025.

>    */s/ Clare R. Hochhalter*
>    Clare R. Hochhalter, Magistrate Judge
>    United States District Court