# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,                )  | |
|                                           )  | **PRETRIAL STATUS CONFERENCE** |
|     Plaintiff,        )  | |
|                                           )  | |
| vs.                                       )  | |
|                                           )  | Case No. 1:25-cr-066 |
| Vicki Lee Sherven,                        )  | |
|                                           )  | |
|     Defendant.        )  | |

---

The undersigned shall hold a pretrial status conference with counsel by telephone on July 21, 2026, at 9:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

    **IT IS SO ORDERED.**

Dated this 23rd day of February, 2026.

                                      */s/ Clare R. Hochhalter*
                                      Clare R. Hochhalter, Magistrate Judge
                                      United States District Court