**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vicki Lee Sherven, | ) | Case No 1:25-cr-066 |
| | ) | |
| Defendant. | ) | |

---

On November 7, 2025, the court modified Defendant's conditions of pretrial release to permit her to reside at Providence House and participate in its treatment program, transition to a sober living facility as approved by the Pretrial Services officer upon completing treatment, and immediately surrender to the United States Marshal if terminated for any reasons from Providence House or Pretrial Services Officer-approved sober living facility for any reason. (Doc. No. 156).

On July 31, 2026, the Pretrial Services Office informed the court that Defendant was terminated from The Sanctuary, a sober living facility in Minot, North Dakota, and had surrendered to the custody of the United States Marshal.

Accordingly, Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court